UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH ANTOINE CHLOE,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>        Defendant. | Civil Action No. 20-3090 (EGS) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion and Order docketed this same day, it is hereby

**ORDERED** that the Clerk of Court shall enter final judgment in favor of Defendant George Washington University and against Plaintiff Kenneth Antoine Chloe. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

    SO ORDERED.

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           September 22, 2023**